# United States Court of Appeals
## For the First Circuit

---

No. 04-2605

TRY ANG AND SOKUNTHEA MEAN,

Petitioners,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on December 1, 2005 is corrected as follows:

On page 11, line 19, change "2002" to "2000"